**FILED**
**JANUARY 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH    **08 C 365**

**JUDGE COAR**
**MAGISTRATE JUDGE DENLOW**

# Exhibit A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>440-2006-00712 |
|---|---|---|

and EEOC

_State or local Agency, if any_

**Name** (indicate Mr., Ms., Mrs.)
Sally A. Schell

**Home Phone** (Incl. Area Code): (708) 258-9077

**Date of Birth:**

**Street Address / City, State and ZIP Code**
P.O. Box 92, 412 E. Crawford St. #2, Peotone, IL 60468

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** AMERICAN CYLINDER CO. INC
**No. Employees, Members:** 15 - 100
**Phone No.:** (708) 258-3935
**Street Address / City, State and ZIP Code:** 481 Govenor Hwy, Peotone, IL 60468

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 06-06-2000   Latest: 12-01-2005
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I began my employment at the above named Respondent on or about June 6, 2000. My most recent position was Drill Press Operator. Between the period of December 1, 2000 through January 31, 2005, I was harassed by a male co-worker. I complained about the harassment and as a result of my complaints, the male employee received three write ups and was transferred out of my department in January 2005. I had no further contact with this employee.

Also, since my hire and continuing throughout my employment, I was subjected to sexual harassment by my supervisor. I resigned from Respondent on or about December 1, 2005.

I believe that I have been discriminated against because of my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
MAR 13 2006
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3-8-06  /s/ Sally A. Schell
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)