IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALLY A. SCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN CYLINDER CO., INC.,<br><br>    Defendant. | Case No.  08 C 365<br><br>The Honorable David H. Coar<br><br>Magistrate Judge Morton Denlow<br><br>**Jury Trial Demanded** |

## NOTICE OF FILING

Please take notice that on April 14, 2008, the undersigned counsel for Plaintiff filed the attached Executed Waiver of Service of Summons.

                            Respectfully submitted,

                            /s/ J. Bryan Wood

                            _____
                                J. Bryan Wood
                                Attorney for Plaintiff

J. Bryan Wood  (No. 6270845)
THE LAW OFFICE OF J. BRYAN WOOD
53 W. Jackson Blvd., Ste. 660
Chicago, Illinois 60604
Telephone:  (312) 545-1420
Facsimile:  (312) 577-0749
Email:  bryan@jbryanwoodlaw.com

Electronically filed:  April 14, 2008

**CERTIFICATE OF SERVICE**

I, J. Bryan Wood, an attorney, certify that service of this Notice of Motion on any counsel for Defendant that has appeared by filing with ECF on April 14, 2008, and by e-mailing a copy to Defendant's counsel, Anthony Graeffe (tonygatty@aol.com).

/s/ J. Bryan Wood

J. Bryan Wood
Attorney for Plaintiff