**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SALLY A. SCHELL, | Case No.  08 C 365 |
| Plaintiff, | The Honorable David H. Coar |
| v. | Magistrate Judge Morton Denlow |
| AMERICAN CYLINDER CO., INC., | |
| Defendant. | **Jury Trial Demanded** |

<u>**Report of Parties' Planning Meeting**</u>

Pursuant to this Court's Order dated, J. Bryan Wood representing Plaintiff and

Anthony Graefe representing Defendant met on June 9, 2008 pursuant to Rule 26(f) to

discuss:

(1) The nature of basis of the parties' claims and defenses;

(2) The possibilities for a prompt settlement or resolution of the case;

(3) Arrangements for the disclosures required under Rule 26(a)(1); and

(4) A discovery plan.

To that end, the parties propose the following:

A.    The issues in this case may be simplified by taking the following steps:

1.    By the parties engaging in discovery.

2.    Addressing legal issues through motions (including dispositive motions)

where appropriate.

B.      The parties presently do not anticipate that modifications of the discovery requirements of the Federal Rules of Civil Procedure or Local Rules are necessary to expedite discovery.

C.      Discovery will be needed on the claims, affirmative defenses and allegations and averments in the parties' pleadings.

D.      Discovery should not be conducted in phases.

E.      The parties presently anticipate that discovery is not likely to be contentious and do not anticipate that management of discovery will need to be referred to the Magistrate Judge.

F.      The parties do not consent to this matter being referred to the Magistrate Judge for final disposition.

G.      The parties have discussed the possibility of alternative dispute resolution and concluded that a settlement conference before the Magistrate Judge may be helpful in the future, but would not be helpful at this time.

H.      The parties have discussed a prompt settlement or other resolution of this matter. The Plaintiff made a written demand of $40,000 after the EEOC reached its conclusion and prior to filing suit in this Court. The Defendant made no offer in response to Plaintiff's proposed resolution. Presently, neither party has an open offer of terms of resolution.

I.    The parties presently are unaware of methods the Court should consider in expediting the resolution of this matter, but will notify the Court in the event either party has suggestions.

After reviewing the parties' report, Mr. Graefe authorized counsel for Plaintiff to file it electronically.

Respectfully submitted,


/s/ J. Bryan Wood                              /s/ Anthony S. Graefe
_____          _____
Attorney for Plaintiff                          Attorney for Defendant

J. Bryan Wood  (No. 6270845)              Anthony S. Graefe
THE LAW OFFICE OF J. BRYAN WOOD          GRAEFE & HANSEN, LTD.
53 W. Jackson Blvd., Ste. 660              55 West Monroe, Suite 3550
Chicago, Illinois 60604                    Chicago, IL 60603
Telephone:  (312) 545-1420                 Telephone:  (312) 236-0177
Facsimile:  (312) 577-0749
Email:  bryan@jbryanwoodlaw.com

Electronically filed on June 13, 2008