IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALLY A. SCHELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN CYLINDER CO., INC.,<br><br>　　　　Defendant. | Case No.  08 C 365<br><br>The Honorable David H. Coar<br><br>Magistrate Judge Morton Denlow<br><br>**Jury Trial Demanded** |

## NOTICE OF FILING

Please take notice that on June 13, 2008, the undersigned counsel for Plaintiff filed the attached Report of Parties' Planning Meeting.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ J. Bryan Wood

　　　　　　　　　　　　　　　　　　　J. Bryan Wood
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

J. Bryan Wood  (No. 6270845)
THE LAW OFFICE OF J. BRYAN WOOD
53 W. Jackson Blvd., Ste. 660
Chicago, Illinois 60604
Telephone:  (312) 545-1420
Facsimile:  (312) 577-0749
Email:  bryan@jbryanwoodlaw.com

Electronically filed:  June 13, 2008

## CERTIFICATE OF SERVICE

I, J. Bryan Wood, an attorney, certify that service of this Notice of Filing and the attached Report of Parties' Planning Meeting on counsel for Defendant by filing with ECF on June 13, 2008.

/s/ J. Bryan Wood

J. Bryan Wood
Attorney for Plaintiff