IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALLY A. SCHELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN CYLINDER CO., INC.,<br><br>　　　　Defendant. | Case No.  08 C 365<br><br>The Honorable David H. Coar<br><br>Magistrate Judge Morton Denlow<br><br>**Jury Trial Demanded** |

**Parties' Proposed Scheduling Order**

1. **Discovery**

　　　　The following time limits and deadlines shall be applicable:

A.　　All disclosures required by Rule 26(a)(1) shall be made on or before July 2, 2008.

B.　　Any amendments to pleadings or actions to join other parties shall be filed on or before August 2, 2008.

C.　　The cutoff of fact discovery is January 23, 2009.

D.　　The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before October 10, 2008.

E.　　The parties may depose the other side's expert at any time prior to November 10, 2008.

F.　　The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to December 10, 2008.

G.      The parties shall have until January 23, 2009 to depose the opposing party's rebuttal expert.

**2. Motions**

Any dispositive motions are to be filed on or before February 23, 2009 (30 days after the close of fact discovery).

**3. Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before May 28, 2009 (94 days after the deadline for dispositive motions).

The final pretrial conference will be held on _____, as set by the Court at the Rule 16 conference.

**4. Trial**

Trial is set on this matter on _____ at 10:00 a.m., as set by the Court at the Rule 16 conference.

**5. Status Hearing**

A further status/preliminary pretrial conference should be held on _____.

                                        SO ORDERED


                                        _____
                                        The Honorable David H. Coar
                                        United States District Judge

                                        Dated:_____