**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Sally A. Schell
                                 Plaintiff,

v.                                                           Case No.: 1:08–cv–00365
                                                        Honorable David H. Coar

American Cylinder Co., Inc.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

      MINUTE entry before the Honorable David H. Coar: Rule 16(b) Scheduling Conference that is currently set for 6/18/2008 is stricken, no one should appear on 6/18/2008.Scheduling Conference reset for 7/24/2008 at 09:00 A.M. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.