IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALLY A. SCHELL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CYLINDER CO., INC.,<br><br>Defendant. | Case No.  08 C 365<br><br>The Honorable David H. Coar<br><br>Magistrate Judge Morton Denlow<br><br>**Jury Trial Demanded** |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and agreement, the parties stipulate that this case be voluntarily dismissed with prejudice, each party to bear its costs and fees, except as otherwise agreed between the parties.

Respectfully submitted,

| | |
|---|---|
| /s/ J. Bryan Wood | /s/ Anthony S. Graefe |
| Attorney for Plaintiff | Attorney for Defendant |

J. Bryan Wood  (No. 6270845)
THE LAW OFFICE OF J. BRYAN WOOD
53 W. Jackson Blvd., Ste. 660
Chicago, Illinois 60604
Telephone:  (312) 545-1420
Facsimile:  (312) 577-0749
Email:  bryan@jbryanwoodlaw.com

Anthony S. Graefe
GRAEFE & HANSEN, LTD.
55 West Monroe, Suite 3550
Chicago, IL 60603
Telephone:  (312) 236-0177

Service effectuated by filing with ECF on August 15, 2008